**DISMISS and Opinion Filed December 4, 2024**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-24-00748-CV**

**MICHAEL JONES, Appellant**
**V.**
**ANGEL O. TORRES, JR., Appellee**

**On Appeal from the 95th District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-23-00123**

## MEMORANDUM OPINION

Before Justices Pedersen, III, Smith, and Garcia
Opinion by Justice Garcia

Appellant appeals from the trial court's June 17, 2024 order denying his motion for a temporary restraining order. We questioned our jurisdiction over this appeal and directed the parties to file letter briefs addressing our concern. Appellant complied.

Generally, we have jurisdiction over final orders that dispose of all parties and claims and such interlocutory orders deemed appealable by statute. *See Lehmann v. Har-Con Corp.*, 39 S.W.3d 191, 195 (Tex. 2001). Because appellant's petition seeks more than a temporary restraining order as relief, the trial court's order denying the requested relief is interlocutory. *See id*. While an interlocutory appeal from an order

granting or denying a temporary injunction is authorized by statute, no statutory provision authorizes an appeal from the grant or denial of a temporary restraining order. *See* TEX. CIV. PRAC. & REM. CODE ANN. §51.014(a)(4); *Nikolouzos v. St. Luke's Episcopal Hosp.*, 162 S.W.3d 678, 680-81 (Tex. App.—Houston [14th Dist.] 2005, no pet.).

Although appellant filed a letter brief, nothing therein demonstrates our jurisdiction over this appeal. Accordingly, we dismiss the appeal for want of jurisdiction. *See* TEX. R. APP. P. 42.3(a).

/Dennise Garcia//

240748f.p05

DENNISE GARCIA
JUSTICE



## Court of Appeals
## Fifth District of Texas at Dallas

### JUDGMENT

MICHAEL JONES, Appellant

No. 05-24-00748-CV     V.

ANGEL O. TORRES, JR., Appellee

On Appeal from the 95th District Court, Dallas County, Texas
Trial Court Cause No. DC-23-00123.
Opinion delivered by Justice Garcia. Justices Pedersen, III and Smith participating.

In accordance with this Court's opinion of this date, the appeal is **DISMISSED**.

Judgment entered this 4th day of December, 2024.